UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| RHONDA LEANN JONES, | ) |
| Plaintiff, | ) |
| vs. | ) 3:23-CV-10 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion and Order filed this day, the Court **GRANTS** Defendant's Motion for Summary Judgment [Doc. 20]. Accordingly, this action is **DISMISSED**.

ENTER:

*s/LeAnna R. Wilson*
CLERK OF COURT